# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
CRIMINAL DIVISION

VENUE: SAN FRANCISCO

**CR 07 0366**

E-filing

UNITED STATES OF AMERICA,

v.

MARCUS WHITFIELD

DEFENDANT.

## INDICTMENT

18 U.S.C. § 922 (g)(1) - Felon in Possession of Ammunition
18 U.S.C. § 922 (g)(1) - Felon in Possession of Firearm

A true bill.

_____ Foreman

Filed in open court this _____ day of 6/7/2007

_____ Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. § 922 (g)(1) - Felon in Possession of Ammunition
18 U.S.C. § 922 (g)(1) - Felon in Possession of Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

**DEFENDANT - U.S.**

▶ MARCUS WHITFIELD

**DISTRICT COURT NUMBER**

CR 07 0366 VRW

**PENALTY:**
Maximum Prison Term: 10 years;
Maximum Fine: $250,000;
Maximum Supervised Release: 3 Years;
Special Assessment.

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

SFPD and ATF / Insp. Michael Kelly

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70320 BZ

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   TAMARA WEBER, SAUSA

---

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☑ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year   4/29/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        ) No. CR 07 0366 VRW
13 |                                  )
   |     Plaintiff,                   ) INDICTMENT
14 |                                  ) 18 U.S.C. § 922 (g)(1) - Felon in Possession
   | v.                               ) of Firearm; 18 U.S.C. § 922 (g)(1) - Felon in
15 |                                  ) Possession of Ammunition
   | MARCUS WHITFIELD,                )
16 |                                  )
   |     Defendant.                   ) SAN FRANCISCO VENUE
17 |_____)
18
                            I N D I C T M E N T
19
20  The Grand Jury charges:
21  COUNT ONE:     18 U.S.C. § 922 (g)(1) - Felon in Possession of Firearm
22       On or about April 29, 2007, in the Northern District of California, the defendant,
23                            MARCUS WHITFIELD,
24  having been previously convicted of a crime punishable by a term of imprisonment exceeding
25  one year, did knowingly possess a firearm, specifically an Intratec Tech-9 9 millimeter assault
26  pistol with serial number 64484, in and affecting commerce, in violation of Title 18, United
27
28  INDICTMENT

                                      1

1 | States Code, Section 922 (g)(1).

2 | COUNT TWO:    18 U.S.C. § 922 (g)(1) - Felon in Possession of Ammunition

3 | On or about April 29, 2007, in the Northern District of California, the defendant,

4 | MARCUS WHITFIELD,

5 | having been previously convicted of a crime punishable by a term of imprisonment exceeding

6 | one year, did knowingly possess ammunition, described as twelve rounds of Federal Cartridge 9

7 | millimeter Luger ammunition, in and affecting commerce, in violation of Title 18, United States

8 | Code, Section 922 (g)(1).

9 | DATED: June 7, 2007        A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
GREGG W. LOWDER
Deputy Chief, Major Crimes

(Approved as to form: _Tamara Weber_
SAUSA TAMARA WEBER

INDICTMENT

2