UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:  June 19, 2007

Case No.  CR 07-0366  VRW

Case Title:  USA v. MARCUS WHITFIELD (CUSTODY) PRESENT

Attorneys:
    For the Government:  Tamara Weber

    For the Defendant(s):  Geoffrey Hansen

Deputy Clerk: **Cora Klein**        Reporter: Juanita Gonzalez
                                                              Interpreter:

**PROCEEDINGS**

1)  Initial appearance/Status

2)  Defendant agree to exclude time for effective preparation of counsel; govt to prepare the Order for exclusion of time.

Case Continued to:  6/26/2007 @10:30 a.m.    For Status/Date Setting

EXCLUDABLE DELAY :  Effective preparation of counsel
                          Begin: 6/19/07    End: 6/26/07