UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date: __June 26, 2007__

Case No. __CR 07-0366   VRW__

Case Title: __USA v.   MARCUS WHITFIELD (CUSTODY) PRESENT__

Attorneys:
    For the Government: __Tamara Weber__

    For the Defendant(s): __Geoff Hansen__

Deputy Clerk: __Cora Klein__        Reporter: __Sahar McVickar__
                                                  Interpreter:

**PROCEEDINGS**

1) __Status/Set Motion Date__

2) _____

Case Continued to:    __8/28/2007 @10:30 a.m.__    For Motion Hearing
(file motion: 7/17    opposition due: 8/7    reply due: 8/14 )

Case Continued to:    __@10:30 a.m.__    For Pretrial Conference
                                                                                      (Including motions in-limine)

EXCLUDABLE DELAY : _____
Begin:        End: