**EXHIBIT A**

BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WHITFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07 - 366 VRW |
| Plaintiff, | ) | **DECLARATION OF CAVIA DANIELS** |
| vs. | ) | |
| MARCUS WHITFIELD, | ) | |
| Defendant. | ) | |

I, Cavia Daniels, declare under penalty of perjury that the following statements are true and correct to my best information and belief.

1. In the early morning hours of April 28, 2007 I had an altercation with my boyfriend Marcus Whitfield. At the time, we were living together with my three children at 967 Drake Ave., Marin City, California. We regularly visited Mr. Whitfield's mother, however, who lived at 1855 Sunnydale St., San Francisco, California. We spent the night at his mother's home about two times a week. The altercation occurred at his mother's home during one of these visits.

2. I flagged down some police officers outside of his mother's house to tell them about the fight I had just had with Mr. Whitfield. I told them that the we had been visiting his mother's house

1

when the fight occurred, and I told them that my home address was 967 Drake Ave. Although I had not been seriously injured during the altercation, I went to the hospital, where I declined any treatment. While at the hospital, the police told me about the procedure for obtaining a protective order against Mr. Whitfield, and they secured such an order on my behalf. I told them then that Mr. Whitfield lived with me in Marin City.

3. During the course of my discussions with the police, I told them that Mr. Whitfield kept a gun under the mattress of a bed we used when we stayed over at his mother's house.

4. After Mr. Whitfield was arrested by the police, I was again interviewed by the police. I explained that a few weeks prior to the domestic dispute with Whitfield, I had been the victim of an attempted sexual assault in the hallway of the apartment complex in Marin City where Mr. Whitfield and I lived. After the incident, I told Mr. Whitfiled that I planned to buy a gun to protect myself against future attacks. Mr. Whitfield attempted to dissuade me from getting a firearm, but I was insistent and asked Mr. Whitfield to help me get a gun. I eventually persuaded Mr. Whitfield to trade an old, semi-operable car which I owned for a gun, which he did. The gun was taken to Mr. Whitfield's mother's home in the Sunnydale projects. I planned to take the gun to Marin City when I was not in the company of my children. I told the police as much.

Dated: July 16, 2007

_____
Cavia Daniels

2