**EXHIBIT B**

APPLIC. ...ON FOR EMERGENCY PROTECTIVE O ...ER (CLETS)                    EPO-0

(Name): CAVIA JENTELLE DANIELS _____ has provided the information in items 1-5.

LAW ENFORCEMENT CASE NUMBER
070-433-516

1. PERSON(S) TO BE PROTECTED (insert names of all persons to be protected by this order):
CAVIA J. DANIELS, TORION S DANIELS, CAVA DANIELS, CAVA WILLIAMS, DEANDRE WILLIAMS

2. PERSON TO BE RESTRAINED (name): MARCUS WHITFIELD

Sex: ☒ M ☐ F  Ht: 5'11  Wt: 162  Hair color: BLK  Eye color: BRN  Race: BLACK  Age: ____  Date of birth: 03-21-198_

3. The events that cause the protected person to fear immediate and present danger of domestic violence, child abuse, child abduction, etc. or dependent adult abuse (other than solely financial abuse), or stalking (including workplace violence or civil harassment) are (give fact and dates; specify weapons): ON 4-28-07 CAVIA DANIEL STATED THAT MARCUS WHITFIELD THREW HER TO THE GROUND, DRAGGED HER OUT OF HIS APARTMENT & PREVENT HER FROM CALLING 911.

4. ☒ The person to be protected lives with the person to be restrained and requests an order that the restrained person move out immediately from the address in item 9.

5. a. ☐ The person to be protected has minor children in common with the person to be restrained, and a temporary custody order is requested because of the facts alleged in item 3. A custody order ☐ does ☐ does not exist.

   b. ☐ The person to be protected is a minor child in immediate danger of being abducted by the person to be restrained because of the facts alleged in item 3.

6. ☐ A child welfare worker or probation officer has advised the undersigned that a juvenile court petition
   ☐ has already been filed.  ☐ will be filed.  ☐ will NOT be filed.

7. ☐ Adult Protective Services has been notified.

8. Phone call to (name of judicial officer): JUDGE TANG on (date): 4-28-07 at (time): 0250
   ☒ The judicial officer granted the Emergency Protective Order that follows.

By: JESSIE ORTIZ                          ► _28_
    (PRINT NAME OF LAW ENFORCEMENT OFFICER)         (SIGNATURE OF LAW ENFORCEMENT OFFICER)

Agency: SAN FRANCISCO POLICE DEPT    Telephone No.: 404-4000    Badge No.: 1131

# EMERGENCY PROTECTIVE ORDER (See reverse for important notices)

9. To restrained person (name): MARCUS WHITFIELD
   a ☒ You must not contact, molest, harass, attack, strike, threaten, sexually assault, batter, telephone, send any messages to, follow, stalk, destroy any personal property, or disturb the peace of each person named in item 1.
   b. ☒ You must ☐ stay away at least 150 yards from each person named in item 1.
      ☒ stay away at least 150 yards from ☒ move out immediately from
      (address): 967 DRAKE AVE, MARIN CITY 94965 AND 1133 BRUSSELS

10. ☒ (Name): CAVIA J. DANIELS is given temporary care and control of the following minor children of the parties (names and ages): TORION DANIELS 3yrs, CAVA WILLIAMS 2yrs AND DEANDRE WILLIAMS 1yrs.

11. Reasonable grounds for the issuance of this order exist and an emergency protective order is necessary to prevent the occurrence or recurrence of domestic violence, child abuse, child abduction, elder or dependent adult abuse, or stalking (including workplace violence or civil harassment).

12. THIS EMERGENCY PROTECTIVE ORDER WILL EXPIRE AT 5:00 P.M. ON: MAY 5 2007

13. To protected person: If you need protection for a longer period of time, you must request restraining orders at (court name and address):
    INSERT DATE OF FIFTH COURT DAY OR SEVENTH CALENDAR DAY, WHICHEVER IS EARLIER; DO NOT COUNT DAY THE ORDER IS GRANTED.

## PROOF OF SERVICE

14. Person served (name): MARCUS WHITFIELD

15. I personally delivered copies to the person served as follows: Date: 04/29/07 Time: 1845 hrs
    Address: 943 DRAKE AVE  SAUSALITO  CA 94965

16. At the time of service I was at least 18 years of age and not a party to this cause. ☐ I am a California sheriff or marshal

17. My name, address, and telephone number are (this does not have to be server's home telephone number or address): OFF. KOBOLD #1592 / JOHN V. YOUNG DR. SAN FRANCISCO (415) 404-4000

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/29/07

KOBOLD, ROBERT C                          ► _____
(TYPE OR PRINT NAME OF SERVER)                 (SIGNATURE OF SERVER)

Form Adopted for Mandatory Use
Judicial Council of California
EPO-001 (Rev. January 1, 2004)
Approved by DOJ

**EMERGENCY PROTECTIVE ORDER (CLETS)**
(Domestic Violence, Child Abuse, Elder or Dependent
Adult Abuse, or Stalking (Workplace Violence, Civil Harassment))

Family Code, § 6200 et seq
Penal Code, § 646

WHITE copy to court, CANARY copy to restrained person, PINK copy to protected person, GOLD copy to issuing agency