# EXHIBIT C

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - COMMITMENT ||
|---|---|
| | **FILED**<br>San Francisco County Superior Court<br><br>JUN 2 2 2006<br><br>GORDON PARK-LI, Clerk<br>BY: _____ Deputy Clerk |

People of the State of California vs. MARCUS WITFIELD

| SC# | Dept No. | Judge |
|---|---|---|
| 198916 | M10 | CHARLENE MITCHELL |

Counsel for the above-named defendant, ROBERTO EVANGELISTA, present.
Defendant was convicted of the following crime(s) of of felony by plea on 06/01/2006

Special appearance by REMA BREALL, DA for the Assistant DA of Record.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | HS | 11351/F | | 02260553 | G | |

Arraignment for judgment is waived.

The Court orders imposition of sentence suspended.

Probation is ordered granted for a period of 3 year(s), subject to the following terms and conditions:

As a condition of probation, the defendant shall serve a term in County Jail of 82 day(s).

Defendant is to receive credit for time served of 82 day(s).

Court orders defendant to provide sample specimens and print impressions pursuant to PC 296.(a)(1).

Defendant shall submit to drug testing and/or counseling as determined by the Adult Probation Department.

The defendant shall stay away from 2024 MISSION ST., SF.

Defendant shall obey all laws.

I hereby certify that the foregoing is a true and correct abstract of orders duly made in the above entitled action 06/22/2006 and in the minutes of the Superior Court.

GORDON PARK-LI, CLERK

by JAMES E STRINGER DEPUTY CLERK

FD:(02/12/2002) 1.21.11r    Print Date: 06/22/2006 10:57    **Commitment**    Line #39    Page 1 of 1