# EXHIBIT D

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES

People of the State of California vs MARCUS WITFIELD — [X] Present

| SC # | Assistant DA of Record | | Attorney of Record | |
|---|---|---|---|---|
| 198916 | | [ ] Present | ROBERTO EVANGELISTA | [X] Present |
| Interpreter Language | Clerk JAMES E STRINGER | | Judge CHARLENE MITCHELL | |

Reporter: DEBORAH NEVILLE #9703-850 Bryant Street, Rm. 306-San Francisco-94103-

Cause on Calendar for Sentence

Defendant Status: XXXX

Special appearance by REMA BREALL, DA for the Assistant DA of Record.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | HS | 11351/F | | 02260553 | G | |

Arraignment for judgment is waived.

The Court orders imposition of sentence suspended.

Probation is ordered granted for a period of 3 year(s), subject to the following terms and conditions:

As a condition of probation, the defendant shall serve a term in County Jail of 82 day(s).

Defendant is to receive credit for time served of 82 day(s).

Court orders defendant to provide sample specimens and print impressions pursuant to PC 296.(a)(1).

Defendant is subject to a warrantless search condition, as to defendant's person, property, premises and vehicle, any time of the day or night, with or without probable cause, by any peace, parole or probation officer.

Defendant shall pay a restitution fine in the amount of $200 pursuant to PC 1202.4.

Defendant shall register pursuant to provisions of HS 11590.

Defendant shall submit to drug testing and/or counseling as determined by the Adult Probation Department.

Defendant shall not possess any drugs without prescription.

Defendant shall pay a criminal analysis fee of $50 pursuant to HS 11372.5.

Defendant shall pay probation costs up to an amount of $50 per month, as determined by the probation officer.

Defendant shall pay cost of pre-sentence investigation in the amount of $150 as determined by the probation officer.

Defendant shall pay a booking fee in the amount of $125 pursuant to Government Code 29550.3.

The defendant shall stay away from 2024 MISSION ST., SF.

Defendant shall pay an additional restitution fine in the amount of $200, stayed unless probation is revoked.

Defendant shall pay a Court security fee in the amount of $20.

Defendant shall obey all laws.

Defendant accepts conditions of probation.

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - MINUTES

People of the State of California vs MARCUS WITFIELD  [X] Present

| SC # | Assistant DA of Record | | Attorney of Record | |
|---|---|---|---|---|
| 000000 | | [ ] Present | ROBERTO EVANGELISTA | [X] Present |
| Interpreter Language | Clerk JAMES E STRINGER | | Judge CHARLENE MITCHELL | |

Reporter: DEBORAH NEVILLE#9703-850 Bryant Street, Rm. 306-San Francisco-94103-

Cause on Calendar for Hearing

Defendant Status: CUST

Special appearance by REMA BREALL, DA for the Assistant DA of Record.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | HS | 11351/F | | 02260553 | G | |

Case on calendar: 4011.6 REPORT REGARDING BEHAVIORAL HEALTH COURT.

The District Attorney's motion to amend count(s) 1 is GRANTED.

Counsel for the defendant waives all irregularities with the amendment and formal filing of an amended complaint.

Defendant's motion to withdraw not guilty plea is granted. Defendant is advised of and personally waives his/her constitutional rights, including the consequences of conviction if he or she is not a citizen. Defendant pleads guilty to count(s) 1.

Court makes factual findings and accepts the guilty plea(s).

Negotiated disposition.

Cause is referred to the Adult Probation Department for a presentence report to be filed by 06-22-06.

Defendant waives right to be sentenced by judge who took plea/verdict.

Defendant ordered to appear.

PROPOSED DISPOSITION is as follows:

ISS; PROB 3 Y; CTS TBD @ SN; WS;VF $200; 11590; DTC; RX; LF;DNA

PC; PSR; PROBFINE; SECFEE; Booking fee

The defendant shall stay away from 2024 MISSION ST., SF.

Cause is ordered continued to 06/22/2006 at 09:00 in Department M10 for Sentence.

FD:(03/23/2002) G 1.21.11m    Print Date: 06/01/2006 16:2(    **Generic Minutes**    Line# 18    Dept. M10   Date 06/01/2006   Page 1 of 1

Attest: JAMES E STRINGER   Deputy Clerk