# EXHIBIT E

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

TAMARA WEBER (ILSBN 6270925)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6838
    Facsimile: (415) 436-7234
    tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCUS WHITFIELD,<br><br>    Defendant. | No. CR 07-0366 VRW<br><br>**DECLARATION OF PROBATION OFFICER STEVE FITZPATRICK IN SUPPORT OF THE UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE**<br><br>Hearing:   August 28, 2007<br>Time:      10:30 a.m.<br>Court:     Hon. Vaughn R. Walker |

I, Steve Fitzpatrick, do hereby declare:

1. I have been employed by the San Francisco County Adult Probation Department as a Probation Officer for 25 years.

2. I am Marcus Whitfield's Probation Officer.

3. On March 28, 2006, Marcus Whitfield was arrested by the San Francisco Police Department for Possession of Cocaine for Sale, in violation of California Health and

1. Safety Code, Section 11351, and Possession of Concentrated Cannabis, in violation of California Health and Safety Code, Section 11357 (a).
4. When Marcus Whitfield was arrested on March 28, 2006, he was 21 years old.
5. On June 1, 2006, in the San Francisco County Superior Court, Marcus Whitfield pled guilty to Possession of a Controlled Substance for Sale or Purchase, a felony under Section 11351 of the California Health and Safety Code.
6. On June 22, 2006, in the San Francisco County Superior Court, Judge Mitchell sentenced Marcus Whitfield to 3 years Probation. As a condition of probation, the defendant was ordered to serve a term in County Jail for 82 days. Whitfield received 82 days credit for time served. As part of Whitfield's sentence the Judge ordered a warrantless search provision, which stated, "Defendant is subject to a warrantless search condition, as to defendant's person, property, premises and vehicle, any time of the day or night, with or without probable cause, by any peace, parole or probation officer."
7. On June 22, 2006, the same day he was sentenced by Judge Mitchell, Marcus Whitfield told Investigating Probation Officer, Kari Segali, that his home residence is 1855 Sunnydale Avenue, San Francisco, CA.
8. It is required that all individuals on Adult Felony Probation report a change of home residence to the Probation Department in person or via telephone, fax or email. Mr. Whitfield never reported a change of address in person or via telephone, fax or email.
9. Since Mr. Whitfield's date of conviction on June 22, 2006, I have met with him in my office and have talked to him over the telephone on numerous occasions.
10. On November 9, 2006, I met with Mr. Whitfield in my office located at 850 Bryant Street, San Francisco, CA 94103. On this day, Mr. Whitfield told me his home address

2

     is 1855 Sunnydale Avenue, San Francisco, CA.

11. On December 18, 2006, I met with Mr. Whitfield again in my office. Mr. Whitfield never reported a change of residence to me. Mr. Whitfield stated his home address is 1855 Sunnydale Avenue, San Francisco, CA.

12. On February 7, 2007, I met with Marcus Whitfield in my office at the San Francisco Adult Probation Office. Mr. Whitfield stated his home address of 1855 Sunnydale remained the same.

13. On March 13, 2007, I met with Mr. Whitfield in my office. Mr. Whitfield stated his home address of 1855 Sunnydale Avenue remained the same.

14. In addition to meeting with Mr. Whitfield in my office and talking to him on the telephone, I received numerous voice messages from Mr. Whitfield on my office phone. Most of the voice messages Mr. Whitfield left on my office phone involved him trying to reschedule missed appointments. Mr. Whitfield left me voice messages on the following dates and in none of the voice messages did he report a change of address for his home residence:

    December 13, 2006,

    January 9, 2007

    January 23, 2007

    January 31, 2007

    March 9, 2007

    March 12, 2007 - I received two messages from Mr. Whitfield on this day.

    April 23, 2007

15. Mr. Whitfield failed to appear for several appointments we had scheduled in my office at

1  the Probation Department. The following is a list of scheduled appointments where Mr.
2  Whitfield failed to appear in my office:
3      December 13, 2006
4
5      January 22, 2007
6      January 23, 2007
7      January 29, 2007
8      March 7, 2007
9      April 10, 2007
10
11  16. Since June 22, 2006 to the present, Marcus Whitfield has never reported a change of
12  home residence to the Adult Probation Department. The only home address that has ever
13  been on file with the Probation Department for Marcus Whitfield has been 1855
14  Sunnydale Avenue, San Francisco, CA.

I declare under penalty of perjury that the foregoing is true and correct.

_____  DATE: 08/06/07
Steve Fitzpatrick
Adult Probation Officer

4