# EXHIBIT F

STATE OF CALIFORNIA
DEPARTMENT OF THE YOUTH AUTHORITY
CONDITIONS OF PAROLE
YA 3.207 (02/98)

You are being released to the parole phase of your stay with Youth Authority. The conditions of parole and the instructions that you may be given by your parole agent are intended to assist you to successfully complete parole. If you have problems or if you do not understand what is expected of you, talk to your parole agent.

The Youth Authority will do its best to assist you in the successful completion of your parole, but the responsibility is yours.

## CONDITIONS OF PAROLE

| Ward's Name | YA Number |
|---|---|
| WHITFIELD, MARCUS | 88518 |

1. You shall follow the instructions of your parole agent.
2. You shall obey all laws and ordinances.
3. You shall not change your approved placement or leave the State of California without the permission of your parole agent.
4. You shall not evade parole supervision.
5. You shall not be a substantial danger to yourself or do anything which is a substantial danger to yourself or to the person or property of another.
6. You and your residence and any property under your control may be searched without a warrant by a parole agent of the Department of the Youth Authority, parole agent of the Youthful Offender Parole Board or any peace officer.
7. You may not use, possess, sell or have under your control any firearm if you have a felony conviction.
8. You shall abstain from the use of alcoholic liquor or beverages if you have been convicted of any of the offenses listed in Section 290 of the Penal Code (1767.2 Welfare and Institutions Code).
9. You shall report all law/police contacts to your parole agent on the first working day following such contact.
10. You shall not own, possess, use or have under your control any deadly weapons, firearms, knives, explosive devices or ammunition.
11. You shall provide proof of working, education or vocational training or provide proof of seeking such activity.
12. You shall not knowingly associate with any negative peer or gang member(s) or participate in any gang activity.
13. You must carry a valid I.D. at all times. You must use your full and correct name, date of birth and provide your correct address when requested by a peace officer.
14. You shall not drive unless you have a valid drivers license, insurance and car registration.
15. You shall not be in the United States illegally.
16. You shall obey the following very important Special Conditions of Parole. Those with checked boxes apply to you.

[X] A. You shall not possess or use any alcoholic beverage.

[X] B. You shall not unlawfully own, possess, use or sell any controlled substance, dangerous drug, narcotic (including marijuana), or other mind-altering substance or any type of paraphernalia for the use or sales of any drug or narcotic. You shall not frequent the areas of drug or narcotic sales or use or associate with sellers or abusers.

[X] C. You shall participate in _Substance Abuse_ program as directed by your parole agent.
   [X] Mandatory 6 Mos.

[X] D. You shall submit to testing for drugs, narcotics or alcohol as directed by your parole agent.
   [X] Mandatory 6 Mos.

[ ] E. You shall pay court ordered restitution.

[ ] F. You shall successfully complete EEPRP.

[X] G. Miscellaneous special conditions of parole: (See #22 & #23)
* Parenting Class (Mandatory)
* Participate in Anger Management and Mental Health Counseling (Mandatory)
* 80 Hrs. Community Service
* Not to be in San Francisco w/o prior approval from Parole Agent.

My conditions of parole have been explained to me and I fully understand them and what may happen if I violate any of the conditions. The information on the back of this form has also been explained to me.

Date: 11/7/06   Ward's Signature: [signature]   Youth Authority Representative: [signature]