# EXHIBIT G

1   SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
2
    W. DOUGLAS SPRAGUE (CASBN 202121)
3   Acting Chief, Criminal Division

4   TAMARA WEBER (ILSBN 6270925)
    Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, CA 94102
        Telephone: (415) 436-6838
7       Facsimile: (415) 436-7234
        tamara.weber@usdoj.gov
8
    Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        )   No. CR 07-0366 VRW
                                     )
14          Plaintiff,               )   **DECLARATION OF POLICE**
                                     )   **OFFICER JESSIE ORTIZ IN**
15      v.                           )   **SUPPORT OF THE UNITED STATES'**
                                     )   **OPPOSITION TO DEFENDANT'S**
16  MARCUS WHITFIELD,                )   **MOTION TO SUPPRESS PHYSICAL**
                                     )   **EVIDENCE**
17          Defendant.               )
                                     )   Hearing:   August 28, 2007
18                                   )   Time:      10:30 a.m.
                                     )   Court:     Hon. Vaughn R. Walker
19  ─────────────────────────────────

20

21      I, Officer Jessie A. Ortiz, do hereby declare:

22  1.  I have been employed by the City and County of San Francisco as a San Francisco Police
23
        Officer for 8 months.
24
25  2.  On April 28, 2007, Officer Anderson and I were flagged down at the intersection of
26      Sunnydale Avenue and Hahn Street in our marked police car by a woman named Cavia
27      Daniels.
28

3.   Ms. Daniels stated she went to her boyfriend's house at 1855 Sunnydale Avenue and got into a verbal argument with him. Ms. Daniel's stated her boyfriend's name is Marcus Whitfield.

4.   Ms. Daniels told me and Officer Anderson that Whitfield became angry and picked her up and pushed her. According to Ms. Daniels, Whitfield grabbed her sweatshirt and dragged her out of the house. Ms. Daniels stated once she was outside of the residence, Whitfield grabbed her head with both of his hands and threw her to the ground. Ms. Daniels stated her cell phone fell out of her pocket as she tried to call 911. While she was on the ground, Ms. Daniels stated she bit Whitfield on his finger. Ms. Daniels stated Whitfield tried to bit her ear but was unsuccessful and then he went back inside of the house.

5.   Ms. Daniels stated that Marcus Whitfield's mother saw the whole incident and did nothing to stop the physical attack. Ms. Daniels stated she was afraid of Marcus Whitfield.

6.   Ms. Daniels informed me and Officer Anderson that she and Whitfield had been dating since February of 2006 and she is pregnant with his child. Ms. Daniels was visibly pregnant.

7.   Ms. Daniels also stated that Whitfield had physically abused her in the past and in January of 2007 he broke her arm.

8.   Ms. Daniels stated that Whitfield is armed and has a "full automatic Tech 9" underneath his mattress at his house located at 1855 Sunnydale Avenue.

9.   Ms. Daniels stated the Tech 9 is black with a clip on the side and she indicated with her hands the length of the gun.

2

10. Ms. Daniels stated she bought a Cadillac Car but the pink slip wasn't signed. She stated Marcus Whitfield traded her Cadillac car with a gang member in exchange for the Tech 9.

11. Ms. Daniels stated that sometimes Marcus Whitfield stays at 1855 Sunnydale Avenue and sometimes he stays with her at 967 Drake Avenue.

12. Ms. Daniels stated that Marcus Whitfield is on parole and should be living at Drake and he shouldn't be out of Marin County, but he's been staying at 1855 Sunnydale with his mom.

13. I asked if Ms. Daniels if she wanted me to send for an ambulance. Ms. Daniels replied no. I then asked Ms. Daniels if she would like us to take her to San Francisco General Hospital. Ms. Daniels said no because she would go on her own.

14. On April 28, 2007, I conducted two computer checks on Marcus Whitfield from my police vehicle and learned Whitfield is on felony probation and as a condition of his probation he has a warrantless search condition. One of the two computer checks revealed that Whitfield's probation address is listed as 1855 Sunnydale Avenue, San Francisco. The second computer check, which queries a different database, revealed that Whitfield is also on Parole and his parole address is 967 Drake Avenue, Sausalito, CA. The most recent conviction is the felony conviction for which Whitfield was sentenced to Probation.

15. Based on Ms. Daniels's statements that Whitfield lived at 1855 Sunnydale in San Francisco, Officer Anderson and I went to 1855 Sunnydale to talk to Whitfield about the domestic battery incident involving Ms. Daniels.

16. After knocking on the front door to 1855 Sunnydale, Marcus Whitfield's mother, Jenice Colvin, answered the door. Officer Anderson and I informed Ms. Colvin we needed to

3

1    talk to Marcus regarding a report of a domestic battery. Ms. Colvin replied, "Marcus

2    doesn't live here."

3    17.    Ms. Daniels went to San Francisco General Hospital on April 28, 2007 and was treated by

4

5    a doctor.

6    18.    I called Judge Tang and requested an Emergency Order of Protection on behalf of Cavia

7    Daniels.

8    19.    The emergency order protection ordered that Marcus Whitfield was to stay away and

9

10    move out immediately from Ms. Daniels residence at 967 Drake Avenue, Marin City,

11    94965 and 1133 Brussels, which is Ms. Daniels's mother's home residence.

12    20.    Officer Anderson and I gave a copy of the emergency order of protection to Ms. Daniels's

13    at her mother's residence at 1133 Brussels.

14    21.    I was not present at 1855 Sunnydale Avenue on April 29, 2007.

15

16

17

18    I declare under penalty of perjury that the foregoing is true and correct.

19

20

21    Officer Jessie A. Ortiz, Star #1131

22

23

24

25

26

27

28

4