# EXHIBIT I

# EXHIBIT I

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CASBN 202121)
3  Acting Chief, Criminal Division

4  TAMARA WEBER (ILSBN 6270925)
   Special Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, CA 94102
     Telephone: (415) 436-6838
7    Facsimile:  (415) 436-7234
     tamara.weber@usdoj.gov
8
   Attorneys for Plaintiff
9
                       UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        )   No. CR 07-0366 VRW
                                      )
14 |        Plaintiff,                )   **DECLARATION OF POLICE**
                                      )   **OFFICER ROBERT KOBOLD IN**
15 |    v.                            )   **SUPPORT OF UNITED STATES'**
                                      )   **OPPOSITION TO DEFENDANT'S**
16 | MARCUS WHITFIELD,                )   **MOTION TO SUPPRESS PHYSICAL**
                                      )   **EVIDENCE**
17 |        Defendant.                )
                                      )
18                                    )   Hearing:  August 28, 2007
                                      )   Time:     10:30 a.m.
19 |_____)       Court:    Hon. Vaughn R. Walker

20

21
        I, Officer Robert Kobold, do hereby declare:
22
23 1.   I have been employed by the City and County of San Francisco as a San Francisco Police

24      for 8 months.

25 2.   On April 29, 2007 at approximately 6:00 p.m., while on duty, Officer Reboli and I were

26      investigating an individual Officer Reboli believed had a no bail warrant issued against

27      him. Officer Morrow and Anderson responded to our location as backup at Sunnydale
28

|   |   |   |
|---|---|---|
| 1 |  | Avenue and Santos Avenue in San Francisco, CA. |
| 2 | 3. | Officer Anderson recognized the individual at the intersection of Sunnydale Avenue and Santos Avenue as Marcus Whitfield, who was reported suspect in a domestic battery incident, which was reported on April 28, 2007. |
| 6 | 4. | On April 28, 2007, Officer Anderson, along with Officer Ortiz responded to the scene of the domestic battery at 1855 Sunnydale Avenue, San Francisco, CA and spoke to the victim, Cavia Daniels, and recognized Marcus Whitfield from a San Francisco Police Department mugshot photo. |
| 11 | 5. | Marcus Whitfield was placed under arrest at the intersection of Sunnydale Avenue and Santos Avenue in San Francisco and transported to the Ingleside Police Station. |
| 13 | 6. | A computer check revealed that Mr. Whitfield was on felony probation until June 21, 2009 and subject to a warrantless search condition. |
| 16 | 7. | Marcus Whitfield's home address of 1855 Sunnydale Avenue, San Francisco, CA is on file with the San Francisco Probation Department and is reflected in Mr. Whitfield's criminal history. |
| 19 | 8. | On April 29, 2007, while on duty, I participated in a probation search of Marcus Whitfield's residence at 1855 Sunnydale Avenue, San Francisco, CA. |
| 22 | 9. | On April 29, 2007 at approximately 8:15 p.m. the following police officers were present at 1855 Sunnydale Avenue, San Francisco, CA.: myself, Officer Campos, Officer Trail and Officer Kobold. All four of us were dressed in San Francisco Police Department police uniforms |
| 26 | 10. | Upon approaching the residence, Officer Trail and I positioned ourselves at the back door of the residence. Officer Campos and Reboli went to the front door of the residence. |

---

Avenue and Santos Avenue in San Francisco, CA.

3. Officer Anderson recognized the individual at the intersection of Sunnydale Avenue and Santos Avenue as Marcus Whitfield, who was reported suspect in a domestic battery incident, which was reported on April 28, 2007.

4. On April 28, 2007, Officer Anderson, along with Officer Ortiz responded to the scene of the domestic battery at 1855 Sunnydale Avenue, San Francisco, CA and spoke to the victim, Cavia Daniels, and recognized Marcus Whitfield from a San Francisco Police Department mugshot photo.

5. Marcus Whitfield was placed under arrest at the intersection of Sunnydale Avenue and Santos Avenue in San Francisco and transported to the Ingleside Police Station.

6. A computer check revealed that Mr. Whitfield was on felony probation until June 21, 2009 and subject to a warrantless search condition.

7. Marcus Whitfield's home address of 1855 Sunnydale Avenue, San Francisco, CA is on file with the San Francisco Probation Department and is reflected in Mr. Whitfield's criminal history.

8. On April 29, 2007, while on duty, I participated in a probation search of Marcus Whitfield's residence at 1855 Sunnydale Avenue, San Francisco, CA.

9. On April 29, 2007 at approximately 8:15 p.m. the following police officers were present at 1855 Sunnydale Avenue, San Francisco, CA.: myself, Officer Campos, Officer Trail and Officer Kobold. All four of us were dressed in San Francisco Police Department police uniforms

10. Upon approaching the residence, Officer Trail and I positioned ourselves at the back door of the residence. Officer Campos and Reboli went to the front door of the residence.

11. At no time either outside or inside of the residence, did I or any other police officer have our hands on our firearms or display our firearms. Our firearms remained holstered.

12. In a second floor, bedroom, I observed a firearm and a loaded magazine laying next to the firearm underneath a bed mattress.

13. The firearm was an Intratec Tech-9 9m submachine gun.

14. The majority of the clothing inside the bedroom were adult male clothes with smaller boys clothes mixed in

15. I spoke to Donecia Colvin briefly. Ms. Colvin told me there was a picture of Marcus on the upstairs dresser. Ms. Colvin appeared calm and cooperative.

16. After the Probation search was conducted, Officer Reboli and I processed and booked Marcus Whitfield at the Ingleside station. Whitfield stated his home address was 943 Drake Avenue, Sausalito, CA. Marcus Whitfield's booking information therefore states a home address of 943 Drake Avenue in Sausalito, CA., because that was the home address Whitfield stated to Officer Reboli and myself.

I declare under penalty of perjury that the foregoing is true and correct.

_____ #1592 07/27/07
Officer Robert Kobold, Star #1592

3