# EXHIBIT J

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

TAMARA WEBER (ILSBN 6270925)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6838
Facsimile: (415) 436-7234
tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCUS WHITFIELD, <br><br> Defendant. | No. CR 07-0366 VRW <br><br> **DECLARATION OF POLICE OFFICER CHAD CAMPOS IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE** <br><br> Hearing: August 28, 2007 <br> Time: 10:30 a.m. <br> Court: Hon. Vaughn R. Walker |

I, Officer Chad Campos, do hereby declare:

1. I have been employed by the City and County of San Francisco as a San Francisco Police for eleven (11) years.

2. On April 29, 2007, while on duty, I conducted a probation search at the residence of 1855 Sunnydale Avenue, San Francisco, CA., regarding a Probationer named Marcus Whitfield.

3. A computer check confirmed that Mr. Whitfield was on felony probation and subject to a warrantless search condition.

4. Mr. Whitfield's home address of 1855 Sunnydale Avenue, San Francisco, CA., was on file with the San Francisco Probation Department and was reflected in Mr. Whitfield's criminal history.

5. On April 29, 2007 at approximately 8:15 p.m. the following police officers were present at 1855 Sunnydale Avenue, San Francisco, CA.: myself, Officer Reboli, Officer Trail and Officer Kobold. All four of us were dressed in San Francisco Police Department police uniforms

6. Myself and Officer Reboli were located at the front door of the residence stated above. Officer Trail and Officer Kobold were located at the back door of the residence.

7. Upon knocking on the front door to the residence, I observed a female, later identified as Donecia Colvin, pop her head out of the upstairs window of the residence.

8. I asked Ms. Colvin if she could do me a favor and come to the front door and talk to us. Ms. Colvin responded, "yeah, ok."

9. Moments later, Ms. Colvin opened up the front door and was standing on the stoop, while myself and Officer Reboli stood on the front stairs.

10. At no time either outside of the residence or inside of the residence, did I or any other police officer have our hands on our firearms or display our firearms. Our firearms remained holstered.

11. For approximately 10 minutes I had a conversation with Ms. Colvin regarding the whereabouts of here parents because she looked like a minor. I asked Ms. Colvin if her mom and dad were at home. Ms. Colvin replied, "no, they're not here."

12. I asked Ms. Colvin if there was a way to get a hold of her parents. Ms. Colvin replied, "I

1       can't get a hold of my mom and my dad lives in Hunters Point.

2  13.  I asked Ms. Colvin how she gets a hold of her mom. Ms. Colvin replied, "I don't know her phone number." Ms Colvin also stated, "sometimes she stays out 2-3 days at a time" and "people come and go out of the house."

14.  I asked Ms. Colvin if she knows Marcus Whitfield. Ms. Colvin replied, "yeah, he's my brother."

15.  I asked Ms. Colvin if Marcus Whitfield sleeps at the residence. Ms. Colvin stated, "he sleeps in a room upstairs," and pointed upward with her finger.

16.  I informed Ms. Colvin the reason why we are at the house was because we received information that there might be a gun in the house.

17.  I then asked Ms. Colvin if she would mind showing me where Marcus sleeps. Ms. Colvin replied, "come on I'll show you," and then walked up the stairs leading us to the next level of the house. Officer Robeli and myself followed Ms. Colvin up the stairs.

18.  Ms. Colvin led me into a bedroom and said, "this is where he sleeps." There was only one bed in the bedroom.

19.  I asked Ms. Colvin if she could do me a favor and pick up the mattress. Ms. Colvin replied, "Oh, ok," and lifted up the bed mattress.

20.  Ms. Colvin never refused or declined to lift up the mattress.

21.  Upon Ms. Colvin lifting up the mattress, I observed a firearm and a loaded magazine laying next to the firearm underneath the mattress.

22.  The firearm was an Intratec Tec-9 9mm submachine gun.

23.  Ms. Colvin acted surprised to see the gun and said, "Oh!"

24.  The majority of the clothes in the bedroom were adult male clothing and there was also smaller boy clothes. There were was mens cologne on the dresser and gang signs on the

3

1  dresser mirror.
2  25. After the firearm and loaded magazine were discovered, I asked Ms. Colvin who stays in the bedroom where the firearm was found. Ms. Colvin replied, "Marcus and my 11 year old brother stay there."
5  26. Ms. Colvin provided contact information for her father, Duane Colvin, who was contacted by Officers and informed of what was going on at the residence. Officers picked up Duane Colvin from his residence and brought him to the residence at 1855 Sunnydale Avenue, San Francisco, CA.
10 27. Duane Colvin provided Officers with Ms. Colvin's mother's telephone number.
11 28. Duane Colvin stated to officers, "Marcus stays here once in awhile." Duane Colvin was referring to 1855 Sunnydale Avenue, San Francisco, CA.
14 29. Officers made three attempts to contact Ms. Colvin's mother on the telephone number provided by Duane Colvin. On the third attempt, Officer Reboli talked to Ms. Colvin's mother on the phone and informed her of what was happening at her residence. Ms. Colvin's mother told Officer Reboli to "Fuck Off," and the conversation ended.
18 30. During the Probation search of the residence there were two Police Officers upstairs and two Police Officers downstairs.
21 31. Officers were inside of the residence at 1855 Sunnydale Avenue, San Francisco, CA for less than 30 minutes.
23 32. Ms. Colvin was helpful and cooperative with officers. Ms. Colvin was never upset and understood everything that was occurring.

1  I declare under penalty of perjury that the foregoing is true and correct.

2
3  _____
4  Officer Chad Campos, Star #89

5  Dated: 7-25-07
6

5