# EXHIBIT L

Case 3:07-cr-00366-VRW    Document 10-13    Filed 08/07/2007    Page 1 of 2

# INCIDENT REPORT

## INCIDENT

| Field | Value |
|---|---|
| Incident Number | 070-438-635 |
| Occurrence from Date/Time | 04/29/07 18:03 |
| Occurrence to Date/Time | 04/29/07 18:03 |
| Reported Date/Time | 04/29/07 18:03 |
| CAD Number | 071192926 |

**Type of Incident:** Weapon, Assault, Possession, Manufacture, or Sale -12171, Firearm, Possession By Prohibited Person -12080, Child, Inflicting Physical Pain, Mental Suffering, or Death -15015

**Location of Occurrence:** 1855 Sunnydale Av
**At Intersection with/Premise type:** Apartment

| Confidential Report? | Arrest Made? ✓ | Suspect Known? ✓ | Suspect Unknown? | Non-Suspect Incident? | Domestic Violence? | (Type of Weapon Used) | Reporting Unit 3H16D |
|---|---|---|---|---|---|---|---|

**Location Sent:** 1855 Sunnydale Av

| How Cleared? 6 | Reported to Bureau: Operations Center | Name: Borges | Star: 95 | Date: 04/29/07 | Time: 21:40 | Elder Victim | Gang Related? | Juvenile Subject? | Prejudice Based? |
|---|---|---|---|---|---|---|---|---|---|

## OFFICER DECLARATION

I declare under penalty of perjury, this report of __6__ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED    POST TRAINING    Signature: [signed]

| | Name | Star | Station | Watch | Date |
|---|---|---|---|---|---|
| Reporting Officer | Kobold, Robert C. | 1592 | Ingleside Station | 1600-0200 | 04/30/07 01:32:35 |
| Reviewing Officer | SGT Housino | 1588 | Ingleside Station | 1600-0200 | 4/30/07 |
| OIC | SGT C PEDRINI | 1264 | Ingleside Station | 20/86 | 4/30/07 |

| Related Case | Related Case | Re-Assigned to | Assigned to | Assigned by |
|---|---|---|---|---|
| 070-433-518 | | Copies to: 5G200  5G200  5T300  Add'l Copies  DV Unit | 5G200 | RCK 1592 |

## REPORTEE 1

| Code | Name (Last, First Middle) | Alias |
|---|---|---|
| R 1 | SFPD, Rebolí #1651 Kobold #1592 | |

| Day Phone | Type: Refused | Home Address: Refused | City | State | Zip Code |
|---|---|---|---|---|---|
| Night Phone (415) 404-4000 | Type: Work | Work Address: Ingleside Station | City: San Francisco | State: CA | Zip Code: 94112- |

| DOB / Age | DOB Unk. | or age between: and | Race | Sex | Height | Weight | Hair Color | Eye Color | ID Type | Jurisd. | ID No. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Confidential Person | Violent Crime Notification | 293 PC Notification | Star | Follow-up Form YES | Statement YES | Relationship to Subject: Stranger/None |
|---|---|---|---|---|---|---|

| School (if Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language |
|---|---|---|

## BOOKED 1

| Code | Name (Last, First Middle) | Alias |
|---|---|---|
| B 1 | Whitfield, Marcus | |

| Day Phone | Type: Unknown | Home Address: 943 Drake Ave | City: Sausalito | State: CA | Zip Code: 94965- |
|---|---|---|---|---|---|
| Night Phone | Type: Unknown | Work Address: None | City | State | Zip Code |

| DOB Unknown | Date of Birth 03/21/85 | Age 22 | or age between and | Race B | Sex M | Height 5'11 | Weight 170 | Hair Color BLK | Eye Color BRO |
|---|---|---|---|---|---|---|---|---|---|

| SFNO 613035 | J/D# (if Juvi.) | ID Type/Jurisdiction/Number CII CA 20082280 | ID Type/Jurisdiction/Number FBI US* 607680JB3 | ID Type/Jurisdiction/Number |
|---|---|---|---|---|

| Book Section #1 NW 12316(b)(1) | Book Section #2 NW 12280(a)(1) | Book Section #3 NW 12020(a)(2) | Book Section #4 NW 12021(a)(1) | Book Section #5 273a(b) PC | Booking Location Ingleside Station |
|---|---|---|---|---|---|

| Warrant # | Court # | Action # | Dept | Enroute to | CWB Check Brown | Star #703 |
|---|---|---|---|---|---|---|

| Warrant Violation(s) | | | | Bail | Mirandized ✓ | Star #219 | Date 04/29/07 | Time 22:30 | Statement |
|---|---|---|---|---|---|---|---|---|---|

| Citation # | Violation(s) | | | | Appear Date/Time | Location of Appearance |
|---|---|---|---|---|---|---|

| Book/Cit Approval SGT SAINEZ 1120 | Star | Mass Arrest Code | M X-Rays | School (if Juvenile) | | CA Form Booked Copy Attached |
|---|---|---|---|---|---|---|

**Other Information:** Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tatoos
LSW: Red Jacket, white t-shirt, black jeans, black shoes

MW0019