# EXHIBIT N

## SAN FRANCISCO POLICE DEPARTMENT
## CHRONOLOGICAL OF INVESTIGATION

Page 1 of 1

| OF CASE | CASE NO. | VICTIM |
|---|---|---|
| 20PC | 070438635 | CCSF |
| DATE | DETAIL | INSPECTOR ASSIGNED |
| Wednesday, May 02, 2007 | GTF | Knoble #297 |

| DATE | TIME | Supplemental |
|---|---|---|
| 05/02/07 | 1600 | Marcus Whitfield's girlfriend Cavia Daniels responded to 850 Bryant and agreed to speak with me about the listed incident. Insp Labanowski and I interviewed Daniels in one of the interview rooms located in the Homicide Unit.<br><br>During the interview Daniels admitted that she and Marcus had been together for about a year. She further said that she had been pregnant buy Marcus, but that it was being aborted for medical reasons. Daniels said that Marcus currently lives with her on Drale Ave, but that she drives Marcus over to San Francisco everyday to go to his program. Daniels said that after Marcus attends the program he always goes over to his moms house located on Sunnydale. Daniels further explained that Marcus will often stay over at his mom's house and look after his brother and sister. Daniels said that it is her fault that Marcus had gotten the gun. Daniels said that while living in Marin someone attempted to sexually assault her causing her to fear for her safety. Daniels said she then encouraged Marcus to get a gun for protection. Daniels said Marcus sold a car she had owned in order to get the gun. Daniels said that Marcus only had the gun about a week before this incident. |
| | | As long as you keep using the tab key to go from one line to the next, the table will automatically grow and add another line to the table as you go. If you use the enter key, it will open up the line you are in. If you use the down arrow key, it will take you out of the tables. |
| | | |

MW0113