UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:  August 28, 2007

Case No.  CR 07-0366-01  VRW

Case Title:  USA v.  MARCUS WHITFIELD (CUSTODY) PRESENT

Attorneys:
    For the Government:  Tamara Weber

    For the Defendant(s):  Geoffrey Hansen

Deputy Clerk:  **Cora Klein**              Reporter: Lydia Zinn
                                                                          Interpreter:

## PROCEEDINGS

1)  Defendant's Motion to Suppress - held/submitted

2)  Court to issue written ruling

Case Continued to:       @10:30 a.m.        For Status

Case Continued to:       @10:30 a.m.        For Motion Hearing
(file motion:            opposition due:          reply due: )

Case Continued to:       @10:30 a.m.        For Pretrial Conference
                                                                                        (Including motions in-limine)

## ORDERED AT THE HEARING

time:

EXCLUDABLE DELAY :
Begin:          End: