UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:   October 25, 2007

Case No.  CR 07-0366-01   VRW

Case Title:   USA v.   MARCUS WHITFIELD (CUSTODY) PRESENT

Attorneys:
    For the Government:   Tamara Weber

    For the Defendant(s):    Geoffrey Hansen

Deputy Clerk:   **Cora Klein**                                   Reporter:  Juanita Gonzalez
                                                                                     Interpreter:

**PROCEEDINGS**

1)   Status held

**SUMMARY**

The parties have agreed to a resolution of the case and will work on a plea agreement within the guidelines. The defendant agree to exclude time under the speedy trial act for effective preparation of counsel, govt to prepare the order for exclusion of time.

Case Continued to:     11/29/2007  at 1:30 PM     For Status/Change of Plea.

EXCLUDABLE DELAY :   effective preparation of counsel
                         Begin:10/25/07        End:11/29/07