1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  TAMARA WEBER (ILSBN 6270925)
   Special Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, CA 94102
      Telephone: (415) 436-6838
7     Facsimile:  (415) 436-7234
      tamara.weber@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,     )    No.  CR 07-0366 VRW
14                               )
        Plaintiff,                )   STIPULATION AND [PROPOSED] ORDER
15                               )    EXCLUDING TIME
        v.                        )   18 U.S.C. §3161(h)(8)(A) & (B)
16                               )
   MARCUS WHITFIELD,             )
17                               )    SAN FRANCISCO VENUE
        Defendant.                )
18                               )

19

20     With the agreement of the parties in open court on October 25, 2007, the Court enters this

21  order excluding time under the Speedy Trial Act from October 25, 2007, to November 29, 2007 for

22  Status/Change of Plea.  The parties agree, and the Court finds and holds,

23  as follows:

24     1. Mr. Whitfield has been charged in a two count indictment for Felon in Possession of a

25  Firearm and Ammunition,  in violation of 18 U.S.C. 922 (g)(1). Mr. Whitfield is currently in the

26  custody of the United States Marshall Service.

27     2. As the Government and the defense attorney advised the Court, the continuance is

28  necessary for effective preparation of counsel, because the parties are negotiating a settlement and

STIPULATION AND [PROP.] ORDER
CR 07-0366 VRW

1  the continuance is necessary to review the evidence and evaluate the case.

2      3. Thus, the parties agree, and the Court finds and holds, that failure to grant a continuance
3  would unreasonable deny counsel for the defense the reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).
5  Finally, the parties agree, and the Court finds, that the ends of justice served by excluding the period
6  from October 25, 2007, to November 29, 2007, outweigh the best interest of the public and the
7  defendant in a speedy trial. See 18 U.S.C. § 3161(h)(A).

8      10. Accordingly, the Court sets a new hearing date on November 29, 2007, and
9  orders that the period from October 25, 2007, to November 29, 2007, be excluded from Speedy Trial
10  Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

12  **IT IS SO STIPULATED**.

13  DATED:   October 26, 2007                              /s/
14                                                          TAMARA WEBER
                                                           Special Assistant United States Attorney

16  DATED:   October 26, 2007                              /s/
17                                                          Geoffrey A. Hansen
                                                           Chief Assistant Federal Public Defender

20      **IT IS SO ORDERED**. The time from October 25, 2007 to November 29, 2007 shall be
21  excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends
22  of justice outweigh the interest of the public and the Defendant in a speedy trial. The parties shall
23  appear on November 29, 2007 at 1:30 p.m. for Status/Change of Plea.

24  DATED: 10/31/2007                                       _____
25                                                          VAUGHN R. WALKER
                                                           United States District Chief Judge



STIPULATION AND [PROP.] ORDER
CR 07-0366 VRW                          2