UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:   November 29, 2007

Case No.   CR 07-0366-01   VRW

Case Title:   USA v. MARCUS WHITFIELD (CUSTODY) PRESENT

Attorneys:
    For the Government:   Tamara Weber

    For the Defendant(s):   Geoffrey Hansen

Deputy Clerk:   **Cora Klein**     Reporter: Margo Gurule
Interpreter:

## PROCEEDINGS

1)   Change of Plea

2)

## SUMMARY OF THE HEARING

The defendant entered a guilty plea to counts one and two of the Indictment in violation of Title 18 USC 922(g)(1) felon in possession of a firearm and ammunition. The court advised the defendant of his rights to a trial, the defendant waived rights; the court accepted the plea; the defendant has been remanded to custody and request the court to make recommendation to Bureau of Prisons to place him in Dublin until sentencing; matter ref for psr.

Case Continued to:   3/20/2008 at 1:30 PM       For Judgment and Sentencing

time: 20 min.