1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )   No. CR 07-0366 VRW
14                                   )
           Plaintiff,                )
15                                   )   NOTICE OF SUBSTITUTION OF
       v.                            )   COUNSEL
16                                   )
   MARCUS WHITFIELD,                 )
17                                   )
           Defendant.                )
18 _____ )

19     TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE

20 NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

21     PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance

22 of Derek R. Owens, Assistant United States Attorney, and to withdraw the appearance of Tamara

23 Weber, the Assistant United States Attorney who was formerly assigned to represent the United

24 States of America. The Clerk is requested to change the docket sheet and other Court records so

25 as to reflect that all Orders and communications from the Court will in the future be directed to

26 AUSA Derek R. Owens at the above mailing address, telephone number, facsimile number, and

27 e-mail address.

28

CR 07-0366 VRW
NOTICE OF SUBSTITUTION OF COUNSEL

1

Please also take notice that, from the date of this request, service on the Untied States of America should be made on Derek R. Owens only. Please amend your service lists accordingly. While Brian Stretch, Chief of the Criminal Division, and Scott N. Schools, United States Attorney, will appear on the pleadings with Derek R. Owens, no service need to be made on them.

DATED: January 2, 2008                Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney

                                            /s/ Derek R. Owens
                                          DEREK R. OWENS
                                          Assistant United States Attorney

CR 07-0366 VRW
NOTICE OF SUBSTITUTION OF COUNSEL