UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge



Date: March 20, 2008

Case No. CR 07-0366-01 VRW

Case Title: USA v. MARCUS WHITFIELD (CUSTODY) PRESENT

Attorneys:
    For the Government: Derek Owens

    For the Defendant(s): Geoffrey Hansen

Deputy Clerk: Cora Klein    Reporter: Joan Columbini
    USPO: David Ackerman

## PROCEEDINGS

Judgment and Sentencing

## ORDERED AT THE HEARING

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that Marcus Whitfield is hereby committed to the custody of the Bureau of Prisons, to be imprisoned for a term of 37 months. This term consists of terms of 37 months on each of Counts One and Two, all counts to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years, on each of counts one and two, all such terms to run concurrently, shall pay a special assessment of $200, which is due immediately, no fine. The court recommends that the defendant participate in the BOP's residential drug abuse treatment program, shall comply with the standard conditions and special conditions the court have adopted.