ORIGINAL



BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WHITFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07 - 366 VRW |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| MARCUS WHITFIELD, | |
| Defendant. | |

The defendant Marcus Whitfield entered a conditional plea pursuant to Fed.R.Crim.P. 11(a)(2), reserving the right to appeal the denial of his motion to suppress entered on October 2, 2007. A final judgment was entered in this matter on March 20, 2008. Accordingly, pursuant to Fed.R. App.P. 4(b), the defendant hereby notices an appeal to the United States Court of Appeals seeking review of the district court's denial of the motion to suppress.

Dated: March 20, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender

1